IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2019 AUG -1 A 10:20

REGINA RENEE FUQUA 179910
Full name and prison number
of plaintiff(s)

D. P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Officer A. DAVIS

CIVIL ACTION NO. 2:19-CV-548-MHT-CSC
(To be supplied by Clerk of
U.S. District Court)

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES (X) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) R. FUQUA

         Defendant(s) ▓▓▓▓▓▓ BAKER
         HURST Birmingham

      2. Court (if federal court, name the district; if
         state court, name the county) Middle District

3. Docket number #2:17-cv-00251-ECM-WC
4. Name of judge to whom case was assigned
   Emily C. Marks
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Still Pending
6. Approximate date of filing lawsuit 4-24-17 ~~[scribbled out]~~
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Dorm F

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
Julia Tutwiler Prison For Women

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Officer A. Davis | Employee ADOC
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED July, 18, 2019 9:30 - 9:40 A.M.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Amendment VIII
Excessive cruel and unusual punishments inflicted

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

A. DAVIS - Grabed me - repecitedly throwed me into A door - Chocked me - Head locked me - slammed me head first to the floor - In a Rage Kneed my back - Punches to my head - sworn I was Bitches - Twisted my arm excessively

GROUND TWO: Amendment XIV Equal protection Rights of citizens, states not to abridge or deny

SUPPORTING FACTS: I was deprived of any personal life, liberty, or prusuit of happiness. The Officer A. DAVIS had no boundaries when I only ask to be let out to go to Crime Bill class that the warden has okayed exit to me of the dorm for the class.

GROUND THREE: 

SUPPORTING FACTS: 

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Impeachment to prevent him holding employeement for ADOC. Compensation for stress and pain and suffering

*Signature of plaintiff(s)*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7/26/2019
(Date)

*Signature of plaintiff(s)*

*Jacquelin Ruiz*
notary expires 6/28/2021

REGINA FUQUA #179970 DORM F
Julia Tutwiler Prison for Women
8966 U. S. Highway 231
Wetumpka, AL 36092      PC9579

U. S. District Court
ONE CHURCH STREET
SUITE B-110
Montgomery, AL 36104-4018

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

3610434018 C039