IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGINA RENEE FUQUA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv548-MHT |
| | ) | (WO) |
| OFFICER A. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Ahmeer Davis's motion for summary judgment (Doc. 20) is granted.

(2) Judgment is entered in favor of defendant Davis and against plaintiff Regina Renee Fuqua, with plaintiff Fuqua taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Fuqua, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of September, 2022.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE